The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NELSON ATARY,<br><br>Plaintiff,<br><br>vs.<br><br>KING COUNTY; OFFICER HOVESEPIAN; SGT. DAVIS; PUBLIC HEALTH – SEATTLE & KING COUNTY; and DOES 1-10.<br><br>Defendants. | No. 2:26−cv−01667−JNW<br><br>STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANTS' ANSWER TO COMPLAINT OR RULE 12(b) MOTION<br><br>**NOTED FOR: August 31, 2026** |

**STIPULATED MOTION**

COME NOW the parties, by and through the undersigned attorneys of record, and hereby jointly move the Court for an order extending the time for certain Defendants to answer Plaintiff's complaint or, in the alternative, file a motion pursuant to Rule 12(b).

Plaintiff served Defendants King County and the Department of Public Health – Seattle & King County on August 12, 2026 [Dkt. Nos. 17-18], within the 90-day window prescribed by Rule 4(m). Plaintiff was unable to timely serve Defendants Hovsepian and Davis, and consequently sought an extension of time on August 17, 2026 [Dkt. No. 20]. Defendants have not opposed that motion [Dkt. No. 22].

On August 18 and 19, 2026, Plaintiff sent waivers of service authorized by Rule 4(d) to



**Leesa Manion** (she/her)
King County Prosecuting Attorney
CIVIL DIVISION
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / FAX (206) 296-0191

Defendants Hovsepian and Davis, respectively. Hovsepian and Davis each waived service within 30 days thereafter [Dkt. Nos. 23-24].

Presently, pursuant to Rule 12(a)(1), Defendants King County and the Department of Public Health – Seattle & King County must file an answer to Plaintiff's complaint or else raise affirmative defenses by way of Rule 12(b) motion on or before September 2, 2026. The deadline for Defendants Hovsepian and Davis to do so is October 17, 2026, and October 18, 2026, respectively.

The parties agree that aligning deadlines under Rule 12(a)(1) for all Defendants would serve the interests of justice by enabling Defendants to consolidate pleadings and/or motions for the Court's convenience and thereby avoid duplicative filings. The parties also agree that the relief sought will not unduly delay the resolution of this case.

Accordingly, the parties respectfully request that the time allowed for any Defendants who must currently file an answer or motion prior to October 18, 2026 (King County, the Department of Public Health – Seattle & King County, and Hovsepian) be extended to that date.

**The parties certify that this memorandum contains 297 words, in compliance with the Local Civil Rules.*

DATED this 31st day of August, 2026.

*Presented by:*

LEESA MANION (she/her)
King County Prosecuting Attorney

*/s/ Andrei Nedelcu*_______________
ANDREI NEDELCU, WSBA #51202
Senior Deputy Prosecuting Attorney
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Telephone: (206) 477-1684
E-mail: Andrei.Nedelcu@kingcounty.gov
*Attorney for Defendants*

DIGITAL JUSTICE FOUNDATION

*/s/ Andrew Grimm*_______________
ANDREW GRIMM, WSBA #51486
15287 Pepperwood Drive
Omaha, Nebraska 68154
Phone: (531) 210-2381
E-mail: andrew@digitaljusticefoundation.org
*Attorney for Plaintiff*



**Leesa Manion** (she/her)
King County Prosecuting Attorney
CIVIL DIVISION
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / FAX (206) 296-0191

**ORDER**

Good cause having been shown, the Court hereby orders that all Defendants in this matter shall file an answer to Plaintiff's complaint or else raise affirmative defenses by way of Rule 12(b) motion no later than October 18, 2026.

So ordered.

DONE IN OPEN COURT this 2nd day of September, 2026.

THE HONORABLE JAMAL N. WHITEHEAD

*Presented by:*

LEESA MANION (she/her)
King County Prosecuting Attorney

*/s/ Andrei Nedelcu*
ANDREI NEDELCU, WSBA #51202
Senior Deputy Prosecuting Attorney
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Telephone: (206) 477-1684
E-mail: Andrei.Nedelcu@kingcounty.gov
*Attorney for Defendants*

DIGITAL JUSTICE FOUNDATION

*/s/ Andrew Grimm*
ANDREW GRIMM, WSBA #51486
15287 Pepperwood Drive
Omaha, Nebraska 68154
Phone: (531) 210-2381
E-mail: andrew@digitaljusticefoundation.org
*Attorney for Plaintiff*