The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NELSON ATARY, Plaintiff, vs. KING COUNTY; OFFICER HOVESEPIAN; SGT. DAVIS; PUBLIC HEALTH – SEATTLE & KING COUNTY; and DOES 1-10. Defendants. | No. 2:26−cv−01667−JNW<br>STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANTS' ANSWER TO COMPLAINT OR RULE 12(b) MOTION<br>**NOTED FOR: October 19, 2026** |

**STIPULATED MOTION**

COME NOW the parties, by and through the undersigned attorneys of record, and hereby jointly move the Court for an order extending time until November 16, 2026, for Defendants to answer Plaintiff's complaint or, in the alternative, file a motion pursuant to Rule 12(b).

Undersigned counsel have become aware that Plaintiff Nelson Atary is party to a separate and unrelated criminal proceeding in King County Superior Court, which was filed at the end of August. On September 28, 2026, Mr. Atary was found incompetent to stand trial on these criminal charges and ordered to undergo a 45-day inpatient restoration period in the custody of the Washington State Department of Social and Health Services (DSHS). A status hearing has been scheduled for November 12, 2026, to address Mr. Atary's competency at that time.



**Leesa Manion** (she/her)
King County Prosecuting Attorney
CIVIL DIVISION
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / FAX (206) 296-0191

Defendants' current deadline to answer Plaintiff's complaint is October 19, 2026 [Dkt. No. 27].[1] Defendants have identified several bases for relief under Rule 12(b)(6) challenging the sufficiency of the complaint. However, the majority of the issues can be cured by amendment.[2] On October 8, 2026, the parties met and conferred pursuant to Section 5.6 of the Court's chambers procedures for civil cases to determine whether Defendants' filing of a Rule 12(b)(6) motion could be avoided. Plaintiff's counsel subsequently advised Defendants that they were willing to file an amended complaint curing certain legal and factual deficiencies. As of today's date, though, Plaintiff's counsel require additional time to provide a draft copy of a proposed amended complaint for Defendants' review so that Defendants may stipulate to its filing under Rule 15(a)(2).

The parties request that the time for Defendants to answer Plaintiff's complaint or else raise affirmative defenses by way of Rule 12(b) motion be extended until November 16, 2026, for the following reasons: First, the additional time will allow Plaintiff's counsel to finish drafting an amended complaint, which would potentially relieve the Court of the obligation to consider an unnecessary Rule 12(b)(6) motion. Second, the extension will enable Plaintiff's counsel to ascertain Mr. Atary's mental health challenges (if any) following the completion of his competency restoration period and make informed decisions about the future trajectory of this case, including details that may bear on a future Rule 26(f) joint status report. Lastly, the parties have identified this case as a possible candidate for early mediation and/or direct negotiation; discussions in the coming weeks may result in progress towards a resolution that would negate the need for future pleadings and motions practice.

---

[1] The deadline reflected in the Court's prior order is October 18, 2026 — a Sunday. By operation of Rule 6(a)(1)(C), the relevant time period is extended through Monday, October 19, 2026.

[2] The characterization of the issues is not meant to state formal positions on issues but rather to give the Court a sense of the case status and why this extension makes sense.



**Leesa Manion** (she/her)
King County Prosecuting Attorney
CIVIL DIVISION
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / FAX (206) 296-0191

The relief sought by the parties promotes the just, speedy, and inexpensive determination of this action. The parties therefore respectfully request that the Court extend time for Defendants to answer Plaintiff's complaint or else raise affirmative defenses by way of Rule 12(b) until November 16, 2026.

*The parties certify that this memorandum contains 522 words, in compliance with the Local Civil Rules.*

DATED this 19th day of October, 2026.

*Presented by:*

LEESA MANION (she/her)
King County Prosecuting Attorney

*/s/ Andrei Nedelcu*
ANDREI NEDELCU, WSBA #51202
Senior Deputy Prosecuting Attorney
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Telephone: (206) 477-1684
E-mail: Andrei.Nedelcu@kingcounty.gov
***Attorney for Defendants***

DIGITAL JUSTICE FOUNDATION

*/s/ Andrew Grimm*
ANDREW GRIMM, WSBA #51486
15287 Pepperwood Drive
Omaha, Nebraska 68154
Phone: (531) 210-2381
andrew@digitaljusticefoundation.org
***Attorney for Plaintiff***

RORY STEVENS LAW PLLC

*/s/ Rory Stevens*
RORY STEVENS, WSBA #57152
14240 Interurban Ave S, Suite B-132
Tukwila, WA 98168
Phone: (206) 806-8787
E-mail: rls@stevenslaw.net
***Attorney for Plaintiff***



**Leesa Manion** (she/her)
King County Prosecuting Attorney
CIVIL DIVISION
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / FAX (206) 296-0191

**ORDER**

Good cause having been shown, the Court hereby orders that all Defendants in this matter shall file an answer to Plaintiff's complaint or else raise affirmative defenses by way of Rule 12(b) motion no later than November 16, 2026.

So ordered.

DONE IN OPEN COURT this 20th day of October, 2026.

THE HONORABLE JAMAL N. WHITEHEAD

*Presented by:*

LEESA MANION (she/her)
King County Prosecuting Attorney

*/s/ Andrei Nedelcu*
ANDREI NEDELCU, WSBA #51202
Senior Deputy Prosecuting Attorney
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Telephone: (206) 477-1684
E-mail: Andrei.Nedelcu@kingcounty.gov
***Attorney for Defendants***

DIGITAL JUSTICE FOUNDATION

*/s/ Andrew Grimm*
ANDREW GRIMM, WSBA #51486
15287 Pepperwood Drive
Omaha, Nebraska 68154
Phone: (531) 210-2381
andrew@digitaljusticefoundation.org
***Attorney for Plaintiff***

RORY STEVENS LAW PLLC

*/s/ Rory Stevens*
RORY STEVENS, WSBA #57152
14240 Interurban Ave S, Suite B-132
Tukwila, WA 98168
Phone: (206) 806-8787
E-mail: rls@stevenslaw.net
***Attorney for Plaintiff***



**Leesa Manion** (she/her)
King County Prosecuting Attorney
CIVIL DIVISION
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / FAX (206) 296-0191